## STATE OF CONNECTICUT *v.* CHANNY NEE KHUTH

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 184 (AC 28271), is denied.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided December 11, 2008